UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SUSAN MULLER

    Plaintiff,

vs.                                                            NOTICE OF SETTLEMENT

UNITED COMPUCRED COLLECTIONS,
INC.,

    Defendant.                                           Civ. No. 10-cv-04387-DWF-LIB

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOW COMES Plaintiff, SUSAN MULLER ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next thirty (30) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  February 28, 2011        **KROHN & MOSS, LTD.**

By: /s/ Lee Cassie Yates
    Lee Cassie Yates- # 0352688
    Krohn & Moss, Ltd.
    120 West Madison Street, 10th Floor
    Chicago, IL 60602
    Phone: (312) 578-9428

*Attorney for Plaintiff*