**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Susan Muller, | Civil No. 10-4387 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| United Compucred Collections, Inc., | |
| Defendant. | |

Lee Cassie Yates, Esq., Krohn & Moss, Ltd., counsel for Plaintiff.

Kathryn R. Burke, Esq., Bassford Remele, PA, counsel for Defendant.

Based upon the Stipulation of Dismissal (Doc. No. [12]) by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1),

**IT IS HEREBY ORDERED** that the above reference matter is **DISMISSED WITH PREJUDICE** and without costs, disbursements, or attorney fees to any party.

Dated:  June 21, 2011          s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge